No. 92–107. SCHROEDER v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 92–108. BRYSON PROPERTIES, XVIII v. TRAVELERS INSURANCE CO. C. A. 4th Cir. Certiorari denied.

No. 92–112. TULL ET UX. v. VIRGINIA ET AL. Sup. Ct. Va. Certiorari denied.

No. 92–113. RAMIREZ v. TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 92–116. SOCIETY OF SEPARATIONISTS, INC., ET AL. v. HERMAN, JUDGE, TRAVIS COUNTY COURT OF LAW, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–117. BLUE JEANS EQUITIES WEST v. CITY AND COUNTY OF SAN FRANCISCO. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 92–118. BOSCIO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–120. BANKS v. BANKS. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 92–121. HOFTYZER ET AL., CO-ADMINISTRATORS OF THE ESTATE OF FAIRCLOTH, DECEASED v. PRUDENTIAL INSURANCE COMPANY OF AMERICA. Sup. Ct. Va. Certiorari denied.

No. 92–125. SENKOW v. WEISS ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–126. BBCA, INC. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–127. EQUIBANK ET AL. v. LASH ET AL. Sup. Ct. Pa. Certiorari denied.

No. 92–129. MOLZER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–131. BATTI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.